```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                    Plaintiff(s)

          -vs-                                04-CR-6178T

     JOSUE NAVEDO

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

                                                        S/ MICHAEL A. TELESCA  
                                                        MICHAEL A. TELESCA  
                                                        United States District Judge

Dated:   Rochester, New York  
        January 25, 2006