UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSUE NAVEDO

        Defendant.

ORDER

6:04-CR-6178 (1)

---

The sum of $5,000.00 was deposited in the Registry of this Court on February 3, 2005 by Jose Navedo, the Surety herein, on behalf of the Defendant, Josue Navedo, to secure his appearance before this Court and to answer to charges pending against him.

On March 17, 2006, a jury verdict was rendered and subsequently on September 15, 2006, before the Hon. David G. Larimer, the Defendant was sentenced to the custody of the Bureau of Prisons for a term of 60 months followed by 3 years of supervised release. The Defendant was also ordered to pay a $400.00 special penalty assessment which has been paid in full.

N O W, upon request and certification that original District Court receipt number 600-67264 from Jose Navedo, the Surety herein, requesting refund of said bail, it is

O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check payable to Jose Navedo in the amount of $5,000.00 representing the refund of the bail deposit.

                                                    */s/ David G. Larimer*
                                                    DAVID G. LARIMER
                                                    UNITED STATES DISTRICT JUDGE

Dated:    August 18, 2008
              Rochester, New York